UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 22-cr-00027-TSC |
| ) | |
| TYLER TEW, ) | |
| ) | |
| Defendant ) | |

**DEFENDANT'S MOTION FOR TRIAL BY MAGISTARTE JUDGE**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW comes Defendant Tyler Tew by and through his counsel of record, William L. Shipley, Esq., respectfully submits this request and waiver to this Honorable Court to proceed to trial by magistrate judge of the district.

Tyler Tew was charged with violations of 18:1752(a)(1) and (2) and with 40:5104(e)(2)(D) and (G) by and through a criminal complaint filed on November 12, 2021.

Pursuant to 18 U.S.C. § 3401, a defendant that is charged with only misdemeanor may elect to expressly waive a trial, judgment and sentencing by a district judge and does so either in writing or by oral motion on the record.

Therefore, notice is hereby given that Defendant Tyler Tew waives his right to a trial, judgment, and sentencing by a district court judge and hereby elects to proceed to a trial by a magistrate judge for the District of Columbia.

Dated: November 28, 2022               Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com