UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No.: 22-CR-27 (TSC) |
| **TYLER TEW** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney (AUSA) Kelly Moran. AUSA Kelly Moran will be substituting for AUSA April Ayers-Perez.

Respectfully submitted

MATTHEW GRAVES

UNITED STATES ATTORNEY
DC Bar No.: 481052

By:   */s/ Kelly E. Moran*
      KELLY E. MORAN
      NY Bar No. 57764171
      Assistant United States Attorney
      U.S. Department of Justice
      601 D Street NW
      Washington, DC 20530
      (202) 252-2407
      Kelly.Moran@usdoj.gov

## CERTIFICATE OF SERVICE

On this 8th day of December, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

    */s/ Kelly E. Moran*
    Kelly E. Moran
    Assistant United States Attorney