UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CASE NO. 22-CR-27-TSC** |
| | : | |
| **TYLER TEW,** | : | |
| | : | |
| **Defendant.** | : | |

### RESPONSE TO DEFENDANT'S MOTION FOR TRIAL BY MAGISTRATE JUDGE

The Government does not oppose the defendant's request to proceed to trial by magistrate judge. The Government apologizes for its delayed response to the defendant's motion; the newly assigned Assistant United States Attorney for this matter did not have ECF filing privileges until yesterday, December 7th, 2022.

Dated December 8, 2022

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:  /s/ *Kelly E. Moran*
KELLY E. MORAN
NY Bar No. 57764171
Assistant United States Attorney
601 D. Street NW
Washington, DC 20530
(202) 252-2407
kelly.moran@usdoj.gov