UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 22-CR-27-TSC |
| | : | |
| TYLER TEW, | : | |
| | : | |
| Defendant. | : | |

## RESPONSE TO DEFENDANT'S MOTION TO VACATE TRIAL DATE AND BRIEFING SCHEDULE

The Government does not take a position on the defendant's request to vacate the current briefing schedule and trial date in this matter.

Dated January 10, 2023

                                                    Respectfully submitted,

                                                    MATTHEW M. GRAVES
                                                    UNITED STATES ATTORNEY
                                                    D.C. Bar No. 481052

By:    /s/ *Kelly E. Moran*
           KELLY E. MORAN
           NY Bar No. 57764171
           Assistant United States Attorney
           601 D. Street NW
           Washington, DC 20530
           (202) 252-2407
           kelly.moran@usdoj.gov

By:    /s/ *Kaitlin Klamann*
           KAITLIN KLAMANN
           Assistant United States Attorney

601 D Street NW  
Washington, D.C. 20530  
(202) 252-6778  
Kaitlin.klamann@usdoj.gov  
IL Bar No. 6316768