# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No. 22-CR-27-TSC-RMM** |
| v. | |
| **TYLER TEW,** | **Magistrate Judge Robin M. Meriweather** |
| Defendant. | |

## JOINT SUBMISSION REGARDING SPEEDY TRIAL ACT

The UNITED STATES OF AMERICA, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, TYLER TEW, by and through his attorney, William Shipley, hereby submit their Joint Submission Regarding Speedy Trial Act, pursuant to Magistrate Judge Meriweather's February 23, 2023 Minute Order. As set out below, the parties agree to the below calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161 and that all time has been excluded in this case.

## SPEEDY TRIAL ACT CALCULATION

| Dates | Basis for Exclusion | Docket Entry |
|---|---|---|
| 2/2/2022 (Arraignment) to 4/29/2022 (Status Conference) | 18 U.S.C. § 3161(h)(7) – "Interest of justice" | 2/2/2022 Minute Entry by Judge Chutkan |
| 4/29/2022 (Status Conference) to 6/24/2022 (Status Conference) | 18 U.S.C. § 3161(h)(7) – "Interest of justice" | 4/29/2022 Minute Entry by Judge Chutkan |
| 6/24/2022 (Motion to Continue Status Conference) to 7/8/2022 (Status Conference) | 18 U.S.C. § 3161(h)(7) – "Interest of justice" | 6/22/2022 Minute Order by Judge Chutkan |
| 7/8/2022 (Status Conference) to 8/8/2022 (Status Conference) | 18 U.S.C. § 3161(h)(7) – "Interest of justice" | 7/8/2022 Minute Entry by Judge Chutkan |
| 8/8/2022 (Status Conference) to 2/10/2023 (Pretrial Conference) | 18 U.S.C. § 3161(h)(7) – "Interest of justice" | Transcript attached as Exhibit A, page 10, lns. 7-15. |
| 1/27/2023 (Status Conference) to 6/26/2023 (Trial Date) | 18 U.S.C. § 3161(h)(7) – "Interest of justice" | 1/27/2023 Minute Entry by Magistrate Judge Meriweather |

Respectfully submitted,

<table>
<tr><td>

*/s/ William Shipley*
William L. Shipley
Law Offices of William L. Shipley
PO Box 745
Kailua, HI 96734
(808) 228-1341
808shipleylaw@gmail.com

</td><td>

*/s/ Kelly Moran*
KELLY E. MORAN
Assistant United States Attorney
NY Bar No. 57764171
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2407
Kelly.Moran@usdoj.gov

KAITLIN KLAMANN
Assistant United States Attorney
IL Bar No. 6316768
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-6778
Kaitlin.Klamann@usdoj.gov

</td></tr>
</table>