UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 22-cr-00027-RMM |
| | ) |
| TYLER TEW, | ) |
| | ) |
| Defendant | ) |

**DEFENDANT'S RESPONSE TO COURT ORDER**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW comes Defendant Tyler Tew by and through his counsel of record, William L. Shipley, Esq., respectfully files this response this Court's May 6, 2023 Minute Order.

After review of the materials that were produced to Defendant Tew, it was determined there was no need for any pretrial motions to be filed.

Defendant Tew also intends to waive his right to a jury trial and move for either a bench trial or proceed by way of a "stipulated trial" if an agreement can be reached with the Government.  Thus, no pretrial filings related to a jury will be required.

Counsel for Mr. Tew apologizes to the Court and the Government for not bringing these decisions forward sooner so that this uncertainty would not have arisen.  Counsel concluded a bench trial before Judge Lamberth on May 12, 2023, which was supposed to have concluded in late April, but was carried over to be completed on May 11-12 due to the time necessary to present all the evidence.  That unexpected happening disrupted counsel's schedule and planning for other cases in a myriad of ways, including timely advising the Court and Government in this case.

Wherefore, Defendant Tew will not be seeking an extension of time for pretrial filings and expects to proceed to trial on June 26, 2023, as planned.  A written Waiver of Jury Trial will be filed with the Court promptly.

Dated: May 16, 2023                    Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com