## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )
                                     )

v.                                  )     **Case No. 22-cr-00027-RMM**
                                   )

TYLER TEW,                )
                                     )

           **Defendant**     )
                                     )

## <u>DEFENDANT'S WAIVER OF APPEARANCE AND CONSENT TO APPEAR BY VIDEO</u>

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1

NOW comes Defendant Tyler Tew by and through his undersigned counsel of record, William L. Shipley, Esq., and respectfully files this notice waiving his appearance and consent to appear via videoconference.

Defendant Tew is set for a change of plea in the above cited case on June 13, 2023.  Defendant Tew is charged with four (4) misdemeanor violations in connection with the riots on January 6, 2021, at the United States Capitol.

WHEREFORE, Defendant Tew waives his appearance and consented to proceed on June 13, 2023, for a chance of plea hearing via videoconference.


Dated: June 12, 2023                    Respectfully submitted,

                                        /s/ William L. Shipley
                                        William L. Shipley, Jr., Esq.
                                        PO BOX 745
                                        Kailua, Hawaii 96734
                                        Tel: (808) 228-1341
                                        Email: 808Shipleylaw@gmail.com