UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 22-CR-27 |
| v. : | |
| : | |
| TYLER TEW, : | |
| : | |
| Defendant : | |

**GOVERNMENT'S MOTION TO CONTINUE SENTENCING
AND RELATED DEADLINES**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion to continue the sentencing hearing scheduled for October 12, 2023, by thirty days, to or after November 10, 2023. The government also requests that the government be granted leave to file its sentencing memorandum by October 25, 2023.[1]

The government requests more time to obtain and review additional evidence relevant to the sentencing factors under 18 U.S.C. § 3553(a) in this case before making its argument for the defendant's sentence. The government attempted to contact defense counsel for his position on the motion by sending him an email this afternoon at approximately 3:50 p.m. As of the filing of this submission, the government has not received a response from defense counsel.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   s/ *Kelly Moran*

---

[1] Government counsel mis-calendared the Court's deadline for the sentencing memoranda and apologizes to the Court for failing to file its memorandum yesterday. In light of the government's mistake, the government does not object to the defense supplementing its memorandum by the new deadline set by the Court.

1

                                            KELLY MORAN  
                                            KAITLIN KLAMANN  
                                            Assistant United States Attorneys