UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. 22-cr-00027-TSC-RMM |
| ) | |
| TYLER TEW, ) | |
| ) | |
| ) | |
| Defendant ) | |
| ) | |

**DEFENDANT'S STATUS MEMO AND DEMAND FOR DISCOVERY**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

Comes now Defendant Tyler Tew, by and through his counsel of record William L. Shipley, and hereby advises this Court of recent developments in this matter in advance of his Sentencing Hearing, currently set for November 28, 2023.

On September 27, 2023, the United State Probation Officer filed with the Court a recommended sentence for Mr. Tew. *See* ECF No. 51. That recommendation is for a non-custodial sentence of 3 years probation, and a fine of $2000.

On October 3, 2023, Mr. Tew filed his Sentencing Statement as ordered by the Court on September 1, 2023. *See* ECF No. 52.

The Government has not filed their respective Sentencing Statements yet for the Court to consider. Rather, on October 4, 2023, the Government filed a motion to continue the sentencing and briefing schedule. *See* ECF No. 53.

The following procedural history of the case is important for purposes of this Status Memorandum:

1. Mr. Tew was arraigned on December 7, 2021, entering pleas of not guilty to the misdemeanor charges filed against him. The Court ordered discovery be provided that same day.

2. Discovery was first produced by the Government on March 30 2022, -- 113 days after Mr. Tew's arraignment.

3. Mr. Tew withdrew his "not guilty" pleas and entered guilty pleas to all the counts against him on June 13, 2023.

4. On September 7, 2023, the Probation Officer filed the final Presentence Report with the Court and the parties.

5. On September 27, 2023, the Probation Officer filed a recommended to the Court that a sentence of three (3) years probation was appropriate in this case.

6. On October 31, 2023, 54 days after the Final Presentence Report was filed, and only 28 days prior to Sentencing, the Government disclosed to Counsel for Mr. Tew that it has materials taken from Mr. Tew's cellular telephone -- UNRELATED to the charges in this case and having nothing to do with the events of January 6 – that it intends to introduce at sentencing.

Mr. Tew's cellular telephone was seized with a search warrant on June 3, 2021 -- **880 DAYS** prior to the Government providing notice to counsel.

The material in question has never been produced in discovery even though the Government has had possession of the material for approximately 29 months.

The Government has offered no details as to when this material was first discovered on the cellular telephone by law enforcement personnel; how it was discovered; whether the material is within the scope of the search warrant by which the phone was seized; whether a second warrant was obtained for non-January 6 related materials; and has not provided any reports or memoranda related to this material. The Government never provided a forensic extraction of the contents of the cellular telephone in discovery, and no law enforcement reports or memoranda have been produced prior to or after Mr. Tew's guilty plea in this case regarding any such forensic extraction.

Mr. Tew objects to the Government making ANY use of this material, for ANY purpose, until the legality of the seizure can be fulling litigated.

Mr. Tew requests that the Court order the Government to provide complete disclosure of the following information, and discovery regarding the material in question:

1. When did the Government first learn of its existence?

2. When did the FBI forensic examination team communicate that information to the U.S. Attorney's Office?

3. How is this material in any way relevant to the charges against Mr. Tew and the sentencing hearing?

4. If this material is relevant to sentencing, why has it not been produced given that Mr. Tew pled guilty on June 13 – 140 days ago?

5. Why was this material was never disclosed to the Mr. Tew as discovery during the nearly two years that the case has been pending.

Mr. Tew requests that the Court direct the Government to not make any public filing that refers to the nature of the information which is the subject of its belated disclosure, and any filings on this subject be made under seal until further order of this Court.

Dated: November 1, 2023          Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*