# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v. ) | Case No. 22-cr-00027-RMM |
| ) | |
| **TYLER TEW,** ) | |
| ) | |
| ) | |
| Defendant ) | |
| ) | |

## DEFENDANT TYLER TEW'S MOTION TO MODIFY
## CONDITIONS OF PROBATION

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1

NOW COMES, Defendant Tyler Tew, by and through his undersigned counsel or record, William L. Shipley, requesting this Honorable Court modify the conditions of probation imposed by this Court so as to allow for international travel to Montego Bay, Jamaica from March 13, 2024, to March 18, 2024, for the purposes of a family trip that had been previously planned.

On November 28, 2023, Defendant Tew was sentenced to a term of 2-years probation.  *See* EFC No. 62

Prior to sentencing, as part of the Defendant Tew's terms and conditions of pretrial release, Mr. Tew was ordered to surrender his passport to Pretrial Services for the District of Arizona.

Defendant Tew's conditions of probation include no restriction on his right to possess a passport, nor with regard to international travel.  The only travel restriction imposed is the requirement that Defendant Tew obtain permission from the Court or Probation to leave the federal jurisdiction in which the defendant resides.

Defendant Tew requests that this Court order the return of his passport, and grant authorization for Mr. Tew to travel with his family to Jamaica for vacation as planned.

Defendant Tew made a request to the United States Probation Officer assigned to his case and was instructed to seek permission from the Court. Defendant Tew will provide his Probation Officer with an itinerary for his trip, including dates and modes of transportation (airlines, flight numbers, travel dates), and the hotels or other accommodations he will be staying with

telephone numbers. Defendant Tew will provide Probation with any other information requested with respect to his plans as well.

## CONCLUSION

Based on the foregoing, Mr. Tew respectfully requests this Honorable Court modify the conditions of probation as set forth above, and order the return of his passport by whatever office – Probation or Pretrial Services – that has possession.

Dated: January 17, 2024                     Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

3