UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 22-CR-27 |
| v. : | |
| : | |
| TYLER TEW, : | |
| : | |
| Defendant : | |

**GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PROBATION**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response in opposition to the defendant's motion to modify his conditions of probation.

This Court's Order of Judgment indicated that the defendant must not knowingly leave the federal judicial district in which the defendant resides without receiving permission from the Court or the defendant's probation officer. ECF No. 62. Here, the defendant wishes to travel internationally for a family vacation. The defendant pled guilty to four misdemeanor crimes on June 13, 2023. On November 28, 2023, the defendant was sentenced to twenty-four months of probation, a $70 special assessment, a fine of $2,000, and restitution of $500. In its Statement of Reasons, the Court noted that: "After considering the factors in 18 U.S.C. 3553, and for the reasons stated on the record, I concluded that a sentence of two years probation, with a $2000 fine and $500 in restitution, was sufficient and appropriate for Mr. Tew's offense. The government articulated its position clearly regarding its request that Mr. Tew be incarcerated, but I concluded that incarceration would go beyond what is necessary to meet the relevant Section 3553 factors. Mr. Tew expressed remorse for his conduct, has not engaged in similar conduct since he was arrested, and has also suffered a significant consequence for his action by losing his commercial pilots license as a result of his

conduct." (ECF No. 63).

It is the Government's position that missing a family vacation is a modest consequence of the defendant's criminal conduct on January 6, 2021. The defendant pleaded guilty to illegally entering the United States Capitol; after he was expelled from the Capitol, he remained inside the restricted perimeter of the Capitol Building for several hours and attempted to re-enter the Capitol through the North Door – after he had been sprayed with OC spray by police officers defending the Capitol. Government's Sentencing Memorandum (SEALED). The nature and the circumstances of the defendant's conduct, for which he has admitted responsibility through his guilty plea, warrant the imposition of some restrictions on his liberty as a consequence of his behavior.

For these reasons, the Government respectfully requests that this Court deny the defendant's motion to modify his conditions of release to allow the defendant to go on vacation.

                                                Respectfully submitted,

                                                MATTHEW M. GRAVES
                                                United States Attorney
                                                D.C. Bar No. 481052

                          By:    s/ *Kelly Moran*
                                                KELLY MORAN
                                                KAITLIN KLAMANN
                                                Assistant United States Attorneys