UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 22-cr-00027-RMM |
| ) | |
| **TYLER TEW,** ) | |
| ) | |
| ) | |
| **Defendant** ) | |
| ) | |

# DEFENDANT TYLER TEW'S RESPONSE TO COURT ORDER RE: "PREPLANNING" TRIP

        William L. Shipley, Jr., Esq.
        PO Box 745
        Kailua, Hawaii 96734
        Tel: (808) 228-1341
        Email: 808Shipleylaw@gmail.com

        *Attorney for Defendant*

1

NOW COMES, Defendant Tyler Tew, by and through his undersigned counsel or record, William L. Shipley, and files this response to the Court's January 31, 2024 Order directing him to provide additional information regarding the vacation plans that are the subject of his motion to modify conditions of probation to allow for international travel.

Mr. Tew has adhered to the terms of his probation and is seeking permission to travel prior to personally incurring costs related to travel for himself, his wife, and his four children -- airline tickets have not been purchased. Mr. Tew first sought permission from Probation, and Probation directed him to seek permission from the Court, hence the filing of his motion.

While airline tickets have not yet been purchased, Mr. Tew's sister-in-law did reserve and pay for the resort accommodations on behalf of all the extended family members who will be vacationing together, including Mr. Tew's wife and four children. That occurred in November 2023, based on the belief by members of his extended family that his court matters would be concluded. They did not understand that Mr. Tew's ability to travel might be restricted under the terms of his probation. A copy of the reservation made by her with regard to Mr. Tew's family only accompany this Reply.

Once Mr. Tew realized he would need to seek permission -- after members of his family had incurred expenses -- he sought permission from Probation, and was then directed to file a request with this Court.

It seems to turn logic on its head to deny Mr. Tew permission to travel on the basis that he has not yet directly incurred an expense when he's in that position only because he followed instructions and sought permission to travel before directly incurring any such expense.  It calls to mind the old saying "It is better to ask forgiveness than to seek permission."

If Mr. Tew is denied permission to travel, he will nevertheless reimburse his sister-in-law for the resort reservation she paid on behalf of his family.  The cost to him – though he is not at fault -- will be approximately $4250.

To deny Mr. Tew the opportunity to attend the family vacation merely because the Government thinks he should miss out as a form of punishment serves no legitimate purpose.  As this Court noted to during the sentencing hearing, Mr. Tew has suffered greatly due to losing his career ss a commercial airline pilot.

In addition, this trip was not planned by Defendant Tew himself, rather by his sister-in-law.

Dated: February 3, 2024                    Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*