UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 22-CR-27** |
| v. : | |
| : | |
| **TYLER TEW,** : | |
| : | |
| **Defendant** : | |

**GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PROBATION**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response in opposition to the defendant's motion to modify his conditions of probation.

This Court's Order of Judgment indicated that the defendant must not knowingly leave the federal judicial district in which the defendant resides without receiving permission from the Court or the defendant's probation officer. ECF No. 62. Here, the defendant wishes to travel internationally for a family vacation. The defendant pled guilty to four misdemeanor crimes on June 13, 2023. On November 28, 2023, the defendant was sentenced to twenty-four months of probation, a $70 special assessment, a fine of $2,000, and restitution of $500.

1

██████████

It is the Government's position that missing a family vacation is a modest consequence of the defendant's criminal conduct on January 6, 2021. The defendant pleaded guilty to illegally entering the United States Capitol; ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ The nature and the circumstances of the defendant's conduct, for which he has admitted responsibility through his guilty plea, warrant the imposition of some restrictions on his liberty as a consequence of his behavior.

For these reasons, the Government respectfully requests that this Court deny the defendant's motion to modify his conditions of release to allow the defendant to go on vacation.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 |
| By: | s/ *Kelly Moran*<br>KELLY MORAN<br>KAITLIN KLAMANN<br>Assistant United States Attorneys |